UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21343-CIV-King/Garber

FLICK MORTGAGE INVESTORS, INC.,

      Plaintiff,

v.

ANAT SHAPIRA, YARON SHAPIRA,
ROHAMA GONEN a/k/a RUHAMA
GONEN, CHAIM HELD, SHOSHANA
HELD, DALIA AVIGUR, PINCHAS
AVIGUR, a/k/a PINHAS AVIGUR,
DANIEL BARR, KELER ISRAEL,
KIMHI SHABTAI, a/k/a SHABTAI
 KIMHI, NEHAMA BOGOSLAVSKY
a/k/a NECHAMA BOGOSLAVSKY,
URI BOGOSLAVSKY, RACHEL
WASSERMAN, YEHESKEL
WASSERMAN a/k/a YEHEZKEL
VASERMAN, URI GELBARD a/k/a
ORI GELBARD, and AVI GELBARD,
all individually.

      Defendants.
_____/

## **ORDER**

      THIS CAUSE is before the Court by reference from U.S. District Judge James Lawrence King. Pursuant to such reference the Court has received the defendants' Notice of Striking Docket Entry 4 (DE 6), which the Court construes to be a Motion to Strike Docket Entry. Upon due consideration, it is hereby

      ORDERED that said Notice (Motion) is GRANTED and Docket Entry 4 is STRICKEN and replaced by Docket Entry 7.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of June, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record